UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-61236-CIV-COHN/SELTZER

JAMES MCFADDEN,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security Adminstration,

    Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report and Recommendation to District Judge [DE 22] ("Report"), filed by United States Chief Magistrate Judge Barry S. Seltzer, concerning the parties' cross-motions for summary judgment [DE's 19, 20]. The Court has considered the Report, Plaintiff's Objections [DE 23], Defendant's Reply [DE 24], the record in this case, and is otherwise fully advised in the premises.

In the Report, Judge Seltzer recommends a finding that the determination of the Administrative Law Judge ("ALJ") is supported by substantial evidence, and therefore, that the Court should grant summary judgment for Defendant. Plaintiff's only objection to the Report — and indeed, his only grounds for challenging the ALJ's decision — is that the ALJ's decision "fails to discuss, in any meaningful way, Plaintiff's chronic right shoulder pain." This argument is without merit. As Judge Seltzer explains:

> [N]one of Claimant's physical examinations revealed that his right shoulder impairment created any work-preclusive limitations, and none of Claimant's physicians ordered any diagnostic tests or recommended any special treatment for the shoulder; they merely prescribed anti-

> inflammatory medication to alleviate a variety of musculoskeletal complaints.  At most, Claimant's medical treatment for his right shoulder was limited, routine, and conservative.
>
> Furthermore, the ALJ did consider Claimant's allegations of right shoulder pain when she addressed the findings of Claimant's treating and examining physicians.  The ALJ noted the examination of Claimant by Dr. Ahmed, during which Claimant complained of and was diagnosed with chronic right shoulder pain.  Dr. Ahmed, however, did not find any functional limitations stemming from Claimant's right shoulder pain, finding instead that Claimant's range of motion for his right shoulder was within the normal range.  The ALJ also noted the findings by Dr. Silverman that Claimant's right shoulder was 'strong' and that he had a 'total combined upper extremity impairment of 0%.'  Therefore, allowing that Claimant may experience some right shoulder pain, the ALJ's reduction of Claimant's RFC [residual functional capacity] from 'heavy' to 'medium' work adequately accounts for any limitations resulting from that impairment.

DE 22 at 12-13 (citations omitted).  The Court concurs with Judge Seltzer's assessment that the ALJ adequately discussed Plaintiff's shoulder pain, and included an analysis of such pain in her finding that Plaintiff is 'not disabled.'  Accordingly, the Court will overrule Plaintiff's objection and grant Defendant's Motion for Summary Judgment.  Therefore it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Objections [DE 23] are **OVERRULED**;

1. The Report and Recommendation to District Judge [DE 22] is **ADOPTED**;

2. Plaintiff's Motion for Summary Judgment [DE 19] is **DENIED**;

3. Defendant's Motion for Summary Judgment [DE 20] is **GRANTED**;

4. The Commissioner's decision is **AFFIRMED**; and

5. Any pending motions are **DENIED as moot**, and the Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 24th day of April, 2013.

*[signature]*
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF
*Pro se* party via CM/ECF regular mail